IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 3:21-CR-429-E (01) |
| JABSIE DWAYNE LEWIS | § § § § | |
| Defendant | | |

### MEMORANDUM ADOPTING FINDINGS, CONCLUSION AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court referred Defendant's Amended Unopposed Motion to Modify and Terminate Supervision (Doc. No. 46) to United States Magistrate Judge Irma Carrillo Ramirez for consideration. The Court has received the Findings, Conclusion and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant filed an Agreed Notice of No Objections to the Findings, Conclusion and Recommendation of the United States Magistrate Judge on November 27, 2023 (Doc. No. 51). The Defendant having waived his right to object to the Findings, Conclusion and Recommendation of the United States Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court.

Defendant's motion for early termination is **DENIED**, but his alternative motion to remove location monitoring and lift home confinement. is **GRANTED IN PART**. The home confinement condition is modified to place him on a curfew set by his USPO, however, after a period of 60 days on a curfew, if Defendant has fully complied with his conditions and the USPO deems it

appropriate, then the USPO may petition for removal of the curfew and/or location monitoring conditions.

SO ORDERED.

Signed November 30, 2023.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE

PAGE 2